Exhibit B



438326

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,139,254* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 02, 1980*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *A DE CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,139,254

Registered Sep. 2, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif.   94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).

First use 1873; in commerce 1873.

Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1139254      SERIAL NO: 73169399      MAILING DATE: 08/06/2001
REGISTRATION DATE: 09/02/1980
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA  94608-1925

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS; SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *404,248* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 16, 1943*
*2nd* RENEWAL FOR A TERM OF *20* YEARS FROM  *November 16, 1983*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
  *STRAUSS, LEVI & CO.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

**Registered Nov. 16, 1943**

**Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

**Act of February 20, 1905**

**Application September 25, 1942, Serial No. 455,769**



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,791,156* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*LEVI STRAUSS & CO.*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 2,791,156**
Registered Dec. 9, 2003

### TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196,
AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE
DRAWING ARE FEATURES OF THE MARK AND
NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF A DOUBLE ARCUATE AND TAB DESIGN
SHOWN ON THE SHAPE OF A POCKET, AS INDI-
CATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**April 06, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,794,649* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 16, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
  *LEVI STRAUSS & CO.*
  *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,794,649

Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1873; IN COMMERCE 0-0-1873.

THE MARK CONSISTS OF A DOUBLE ARCUATE
DESIGN.

SER. NO. 78-142,765, FILED 7-10-2002.

GINNY ISAACSON, EXAMINING ATTORNEY



## State of California

## SECRETARY OF STATE

**Trademark Reg. No.** 88399      **Class No.** Int. 25      **Renewal No.** 15637

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* **Secretary of State of the State of California, hereby certify:**

**That an application for renewal has been filed in this office for the TRADEMARK described below:**

**Name of Applicant:**    Levi Strauss & Co.
**Business Address:**    1155 Battery Street  San Francisco, CA  94111
**Date First Used in California:**    1873
**Date First Used Anywhere:**    1873
**Description of Trademark:**    Arc Design.  Design of two concentric arcs placed in such a manner that they meet in the center
**Description of Goods on Which the Trademark is Used:**    Pants, shirts, and jackets
**Date of Registration:**    August 24, 1988
**Term of Registration Extends to and Includes:**    August 24, 2008

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 6th day of July, 1998



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                                 98 38011



# State of California
## Secretary of State

### RENEWAL OF TRADEMARK OR SERVICE MARK
Pursuant to Business and Professions Code Section 14250

APPLICATION FOR RENEWAL MUST BE RECEIVED BY THE SECRETARY OF STATE WITHIN (BUT NOT BEFORE) THE SIX-MONTH PERIOD PRIOR TO THE DATE OF EXPIRATION OF THE CURRENT REGISTRATION TOGETHER WITH RENEWAL FEE.)

SEND THE SIGNED APPLICATION WITH ORIGINAL SIGNATURE(S) TO THE SECRETARY OF STATE, TRADEMARK UNIT, P.O. BOX 944225, SACRAMENTO, CA 94244-2250.

| RENEWAL APPLICATION FOR: | ☒ TRADEMARK | ☐ SERVICE MARK |
| --- | --- | --- |

1. NAME OF APPLICANT:

LEVI STRAUSS & CO.

2. STREET ADDRESS: (DO NOT GIVE P. O. BOX) (FOR SERVICE MARK, PROVIDE CALIFORNIA BUSINESS ADDRESS)

1155 Battery Street

| CITY: San Francisco | STATE: CA | ZIP CODE 94111 |
| --- | --- | --- |

3. BUSINESS STRUCTURE: (CHECK ONE)

☐ LIMITED PARTNERSHIP                    ☐ SOLE PROPRIETOR

☐ LIMITED LIABILITY COMPANY              ☐ UNINCORPORATED ASSOCIATION

☐ GENERAL PARTNERSHIP                    ☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY

☒ CORPORATION (STATE OF INCORPORATION) Delaware     ☐ OTHER (DESCRIBE) _____

4. IF PARTNERSHIP, LIST NAMES OF PARTNERS | 5. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY

6. NAME AND/OR DESCRIPTION OF TRADE/SERVICE MARK: A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching.  ARC DESIGN.

| 7. TRADE/SERVICE MARK REGISTRATION NUMBER | 8. DATE OF REGISTRATION |
| --- | --- |
| 088399 | August 24, 1988 |

THE MARK WAS ADOPTED, USED, AND CONTINUES TO BE USED WITHIN THE STATE OF CALIFORNIA BY THE APPLICANT IN THE FORM AND MANNER SPECIFIED IN THE PRESENT REGISTRATION.

9. NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE)

LEVI STRAUSS & CO.

THIS SPACE FOR FILING OFFICER USE

**TRADE/SERVICE MARK**

REG. NO. 88399

RENEWAL NO. 015637

SIGNATURE (IF PARTNER OR CORPORATE OFFICER, INCLUDE TITLE.) | DATE

10. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)

NAME      Sarah R. Fuller
ADDRESS   Legal Strategies Group
          5905 Christie Avenue
CITY      Emeryville, CA 94608-1925
STATE
ZIP CODE

**FILED**
In the office of the Secretary of State
of the State of California

JUL - 6 1998

BILL JONES, Secretary of State

SEC/STATE LP/TM 109 (REV. 4/96) | FILING FEE: $30.00

Int. 25

ABC    10021B



**State of California**

Office of

**March Fong Eu**

Secretary of State
SACRAMENTO

SEP 01 1988

As Secretary of State, it is my pleasure to notify you that the mark you submitted has been registered in this office.

Please be advised that Section 14220(f) of the Business and Professions Code specifies that a mark shall not be registered if it so resembles a mark or trade name already registered or used in this state by another and not abandoned, as to be likely, when applied to the goods or services of the applicant, to cause confusion or mistake or to deceive.

My office has conducted a search of California trademark and service mark registrations. Your mark does not appear to resemble any previous registration.

Please be advised, however, that there may be unregistered marks or California trade names used by corporations and partnerships, fictitious names, and names under which individuals conduct business which may resemble your registration. A check for such names is beyond the scope of the review of this office in registering marks.

Most sincerely,

*March Fong Eu*

MARCH FONG EU

SEC/STATE FORM LP-220




# State of California

OFFICE OF THE SECRETARY OF STATE

Trademark
Reg. No._____088399_____

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant_____LEVI STRAUSS & CO._____

Business Address_____1155 Battery Street_____
_____San Francisco, CA  94111_____

Date First Used in California_1873_____

Date First Used Anywhere__1873_____

Description of Trademark___A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching.

Class No._____39_____

Description of Goods on Which the Trademark is Used_Pants, shirts and jackets_____
_____

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration_____August 24, 1988_____

Term of Registration Extends to and Includes_____August 24, 1998_____



*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

24th day of   August, 1988

*March Fong Eu*

*Secretary of State*

SEC/STATE FORM TM-103 (Rev. 1/88)

**A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR REPRODUCTION OF TRADEMARK REG. NO.** 088399




SEC/STATE FORM TM-107-Y



| | |
|---|---|
| Trademark Reg. No. | 088399 |
| Class No. | 39 |

## APPLICATION TO REGISTER A TRADEMARK IN THE STATE OF CALIFORNIA

**FILED**
In the office of the Secretary of State
of the State of California

AUG 24 1988

March Fong Eu

MARCH FONG EU
SECRETARY OF STATE

TO: MARCH FONG EU
Secretary of State
923 12th Street, Suite 301
Sacramento, California  95814
(916) 445-9872

Applicant requests registration of the trademark described below and submits the following information along with the registration fee of $50.00:

1. Name of Applicant  LEVI STRAUSS & CO.

   CHECK ONE:  [ ] Sole Proprietor          [X] Corporation

   [ ] Limited Partnership      [ ] General Partnership

   [ ] Unincorporated Association

   [ ] Husband and Wife, as community property

   [ ] Other (Describe) _____

2. Business Address, City, State  1155 Battery Street, San Francisco, CA  94111

3. State of Incorporation, if applicant is a corporation  Delaware

4. Names of the general partners, if applicant is a partnership _____

5. Description of the Trademark. The trademark consists of the following:
   A device created by two concentric arcs placed on pockets in such a manner
   that they meet in the center thereof, usually applied by stitching.

6. The specific goods, products, or merchandise (stock-in-trade) which the applicant(s) sell(s) to the customers, and on which the trademark is used, are/is as follows: _____

   pants, shirts and jackets

(OVER)

7. The trademark has previously been used, and is now being used on said goods in the State of California as follows:

[X] On labels and tags affixed to the goods.
[ ] On labels and tags affixed to containers of the goods.
[X] By printing it directly onto the goods.
[ ] By printing it directly onto the containers for the goods.

8. Enclosed as specimens or facsimiles are:

[ ] Five identical actual lables.
[ ] Five identical actual tags.
[X] Five identical photographs of the goods/containers showing the trademark thereon.
[ ] Five entire front panels of a paper container bearing the trademark.

9. The date the trademark was first used in California is ___1873___.

The date the trademark was first used anywhere is ___1873___.

The applicant is the owner of the mark and no other person has the right to use such mark in the State of California either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive or to be mistaken therefor.

LEVI STRAUSS & CO.
_____
Type name of corporation or partnership on above line (leave above line blank if sole proprietor)

BY ___Tracy MacLeod___
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office
Tracy MacLeod, Assistant Secretary

VERIFICATION

___Tracy MacLeod___ declares under penalty of perjury under the laws of the State of California that the statements contained in the foregoing application are true of his/her own knowledge.

DATED: ___June 30, 1988___

BY ___Tracy MacLeod___
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office

5/86

TM 88 399



Exhibit C



Exhibit C



Exhibit C



Exhibit C



Exhibit C



Exhibit C