Exhibit E





Exhibit E





QUALITY NEVER GOES OUT OF STYLE
LEVI'S
NOTHING IS MORE ORIGINAL THAN LEVI'S
CELEBRATED SINCE 1850
THE TWO HORSE BRAND IS THE GENUINE SYMBOL
MADE BY LEVI STRAUSS & CO
LEVI'S
Since 1850
100% Cotton
AUTHENTIC
JEANSWEAR
GENUINE
TRADEMARK

Exhibit E





Exhibit E

Exhibit F

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

*Director of the United States Patent and Trademark Office*

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,726,253**

**Registered June 17, 2003**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: CLOTHING, NAMELY, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-7-1969; IN COMMERCE 3-7-1969.

OWNER OF U.S. REG. NOS. 356,701, 1,183,022 AND OTHERS.

THE TRADEMARK CONSISTS OF A SMALL MARKER OR TAB OF TEXTILE MATERIAL APPEARING ON AND AFFIXED PERMANENTLY TO THE EXTERIOR OF A SHIRT POCKET. THE SHIRT AND SHIRT POCKET SHOWN IN BROKEN LINES ON THE DRAWING SERVES TO SHOW POSITIONING OF THE MARK AND NO CLAIM IS MADE TO THIS MATTER.

SEC. 2(F).

SER. NO. 75-904,260, FILED 1-26-2000.

TERESA M. RUPP, EXAMINING ATTORNEY



# SECRETARY OF STATE

**Trademark Reg. No.** 52312 **Class No.** Int. 25 **Renewal No.** 17805

## CERTIFICATE OF RENEWAL OF TRADEMARK

***I, KEVIN SHELLEY,* Secretary of State of the State of California, hereby certify:**

**That an application for renewal has been filed in this office for the TRADEMARK described below:**

**Name of Applicant:** Levi Straus & Co.
**Business Address:** 1155 Battery Street, San Francisco, CA 94111
**Date First Used in California:** March 7, 1969
**Date First Used Anywhere:** March 7, 1969
**Description of Trademark:** TAB DESIGN - A folded cloth ribbon sewn with its ends inserted into the regular structural seam of a patch pocket or flap of shirts so that the fold protrudes from the seam and is visible throughout the life of the garment while it is being worn.
**Description of Goods on Which the Trademark is Used:** Shirts and jackets
**Date of Registration:** June 12, 1974
**Term of Registration Extends to and Includes:** June 12, 2014

**IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this** 16th **day of** June, 2004.

KEVIN SHELLEY
Secretary of State

RECEIVED

JUN 20 1994

CORP. LEGAL

*Re: NOTICE OF RENEWAL OF TRADEMARK and/or SERVICE MARK REG. NO.* 52312

*DESCRIPTION OF MARK:* TAB DESIGN-folded cloth ribbon sewn with its ends inserted into regular structural seam of patch pocket or flap of shirts so that fold protrudes from seam and is visible throughout life of garment while it is worn

*OWNER OF RECORD:* LEVI STRAUSS & CO., a Del corp.

*New Date of Expiration* June 12, 2004

*Notice: Please attach this card to your Certificate of Registration for subject mark.*

*Date:* 6/15/94

*TONY MILLER*
*Acting Secretary of State*

*State of California*

**Re: NOTICE OF RENEWAL OF TRADEMARK and/or SERVICE MARK REG. NO.** 52312

**Description of mark:** TAB DESIGN

**Owner of Record:** LEVI STRAUSS & CO., a Del. corp.

New Date of Expiration JUNE 12, 1994

*Notice:* Please attach this card to your Certificate of Registration for subject mark.

**Date:** January 4, 1984 09036

**Fee: $10.00 PAID**

MARCH FONG EU
*Secretary of State*

State of California

**No.**

TM FORM 113



STATE OF CALIFORNIA

OFFICE OF THE
SECRETARY OF STATE

Trademark
Reg. No. 52312

# CERTIFICATE OF REGISTRATION OF TRADEMARK

I, EDMUND G. BROWN JR., Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant Levi Strauss & Co., a Delaware corporation

Business Address Two Embarcadero Center, San Francisco, California 94106

Date First Used in California March 7, 1969

Date First Used Anywhere March 7, 1969

Description of Trademark consists of a folded cloth ribbon sewn with its ends inserted into the regular structural seam of a patch pocket or flap of shirts so that the fold protrudes from the seam and is visible throughout the life of the garment while it is being worn

Class No. 39

Description of Goods on Which the Trademark is Used shirts and jackets

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration June 12, 1974

Term of Registration Extends to and Includes June 12, 1984

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this

12th day of June, 1974.

Edmund G Brown Jr

Secretary of State

SEC/STATE FORM TM-103 (REV. 2-71)

20069-862 12-73 1M DUP OSP

A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR REPRODUCTION OF TRADEMARK REG. NO. 52312

SEC/STATE FORM TM-107-T



# Exhibit G





Levi's
REGULAR FIT
Lot No. 505 JEANS
SITS AT WAIST
CLASSIC FIT
STRAIGHT LEG

Levi's
Loose Straight
BOYS
REGULAR 569
NUMBER
JEANS
SITS BELOW WAIST
LOOSE FIT
STRAIGHT LEG

Exhibit G





LOOK FOR THE RED TAB
LEVI'S® ORIGINAL
501®
BAR TACKED AT POINTS OF STRAIN
America's Original Jeans – Since 1853
These are the jeans that started it all. The ones that set the standard. Levi's® 501® Jeans.
They're still built with the same rivets, fit and style, making them the true original.
Preshrunk jeans are broken in and ready to wear, as tough and strong as they've always been.
SPECIAL EDITION
ORIGINAL LEVI'S® 501® BUTTON-FLY 100% COTTON JEAN
The Tab Device and Arcuate stitching design are registered trademarks to help you identify garments made only by Levi Strauss & Co.
Quality never goes out of style®
levi.com

LOW RISE
SLIM FIT
Levi's®
SUPERLOW
BOOT CUT
Lot No. 518™ JEANS
BOOT CUT

Exhibit G

Exhibit H



436282

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 10, 2001**

**THE ATTACHED U.S. TRADEMARK REGISTRATION *849,437* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF *20* YEARS FROM *May 21, 1965***
***1st* RENEWAL FOR A TERM OF *20* YEARS FROM *May 21, 1988***
**SECTION 8 & 15**
**SAID RECORDS SHOW TITLE TO BE IN:**
***STRAUSS, LEVI OF DELAWARE, INC.***
***A DELAWARE CORPORATION***

**By Authority of the**
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**N. WOODSON**
**Certifying Officer**

State. Patent Office

849,437
Registered May 21, 1968

## PRINCIPAL REGISTER
## Trademark

COMB. AFF. SEC 8 & 15

Ser. No. 257,497, filed Oct. 28, 1966

Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco, Calif. 94106

For: TROUSERS, JACKETS, SHORTS, SHIRTS, SKIRTS, AND VESTS, in CLASS 39 (INT. CL. 25).
First use Oct. 10, 1966; in commerce Oct. 10, 1966.



438326

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 16, 2001**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,135,196* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *May 13, 1980*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *May 13, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*LEVI STRAUSS & CO.*
*A DE CORP*

**By Authority of the**
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**H. PHILLIPS**
**Certifying Officer**

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,135,196

# United States Patent and Trademark Office

Reg. May 13, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: Garments—Namely, Pants and Shoes —in Class 25. (U.S. Cl. 39).

First use Apr. 15, 1975; in commerce Apr. 15, 1975.

Owner of U.S. Reg. Nos. 1,041,846, 849,437 and 1,011,825.

Ser. No. 176,009. Filed June 26, 1978.

JEFFREY KAUFMAN, Primary Examiner



436282

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 10, 2001**

**THE ATTACHED U.S. TRADEMARK REGISTRATION *1,041,846* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF *20* YEARS FROM *June 22, 1976***
***1st* RENEWAL FOR A TERM OF *10* YEARS FROM *June 22, 1996***
**SECTION 8 & 15**
**SAID RECORDS SHOW TITLE TO BE IN:**
***LEVI STRAUSS & CO.***
***A DELAWARE CORPORATION***

**By Authority of the**
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**N. WOODSON**
**Certifying Officer**

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent Office**

**Reg. No. 1,041,846**
**Registered June 22, 1976**

## TRADEMARK
**Principal Register**

Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif. 94106

For: SHOES, in CLASS 25 (U.S. CL. 39).
First use Apr. 15, 1975; in commerce Apr. 15, 1975.
Owner of Reg. Nos. 250,265 and 1,011,825.

Ser. No. 62,248, filed Sept. 5, 1975.

R. E. WOLFINGTON, Examiner



436282

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 10, 2001**

**THE ATTACHED U.S. TRADEMARK REGISTRATION *1,122,468* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF *20* YEARS FROM *July 17, 1979***
***1st* RENEWAL FOR A TERM OF *10* YEARS FROM *July 17, 1999***
**SECTION 8 & 15**
**SAID RECORDS SHOW TITLE TO BE IN:**
***LEVI STRAUSS & CO.***
***A DELAWARE CORPORATION***

**By Authority of the**
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*[signature]*
**N. WOODSON**
**Certifying Officer**

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

United States Patent and Trademark Office

**Reg. No. 1,122,468**
**Registered July 17, 1979**

**TRADEMARK**
**Principal Register**

Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif. 94106

For: SOCKS, in CLASS 25 (U.S. CL. 39).
First use Oct. 27, 1977; in commerce Oct. 27, 1977.
Owner of Reg. Nos. 849,437, 1,041,846 and others.

Ser. No. 181,214, filed Aug. 7, 1978.

JEFFREY KAUFMAN, Examiner



Nº 1122468

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of July, 1979.

[signature]

ACTING COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is still in use or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $10.00 for each class must accompany the affidavit.*

GPO 10-63176-1



Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,122,468

United States Patent and Trademark Office

Registered July 17, 1979

## TRADEMARK
Principal Register

Levi Strauss & Co. (Delaware corporation)
2 Embarcadero Center
San Francisco, Calif. 94106

For: SOCKS, in CLASS 25 (U.S. CL. 39).
First use Oct. 27, 1977; in commerce Oct. 27, 1977.
Owner of Reg. Nos. 849,437, 1,041,846 and others.

Ser. No. 181,214, filed Aug. 7, 1978.

JEFFREY KAUFMAN, Examiner



436282

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 10, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,155,926* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *May 26, 1981*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
*LEVI STRAUSS & CO.*
*A DELAWARE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
Certifying Officer

**Int. Cl.: 41**

**Prior U.S. Cl.: 107**

**Reg. No. 1,155,926**
**Registered May 26, 1981**

# United States Patent and Trademark Office

## SERVICE MARK
**Principal Register**

Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: ENTERTAINMENT SERVICES—NAMELY, SPONSORING A COMBINED FOOT RACE AND HORSE RACE AND MUSEUM SERVICES, in CLASS 41 (U.S. Cl. 107).

First use Dec. 1970; in commerce Dec. 1970.

Owner of U.S. Reg. Nos. 849,437, 1,041,846 and others.

Ser. No. 232,417, filed Sep. 24, 1979.

J. C. DEMOS, Deputy Director

CAROL A. GRANT, Examiner