Exhibit I







Exhibit I

Exhibit J



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

December 14, 1995

THE ATTACHED U.S. TRADEMARK REGISTRATION   523,665 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *April 11, 1950*

*2ND* RENEWAL FOR A TERM OF *10* YEARS FROM  *April 11, 1990*

SECTION 8 & 15

LESS GOODS

SAID RECORDS SHOW TITLE TO BE IN:

    *LEVI STRAUSS & CO.*

    *A DE CORP*

By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN

Certifying Officer

Int. Cl. 25

d Apr. 11, 1950

Registration No. 523,665

DAVIT SEC. 8
ACCEPTED

PRINCIPAL REGISTER
Trade-Mark

AFFIDAVIT SEC. 15
RECEIVED 6-7-55

RENEWED
(less goods)

# UNITED STATES PATENT OFFICE

Levi Strauss and Company, San Francisco, Calif.

Act of 1946

Original filed, act of 1905, February 10, 1947;
amended to application under act of 1946, Prin-
cipal Register, February 2, 1948, Serial No.
517,252



(Statement)

Levi Strauss and Company, a corporation duly organized under the laws of the State of California and located in the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the drawing heretofore filed, for MEN'S, WOMEN'S, BOYS', and GIRLS' BLOUSES, OVERALLS, JUMPERS, TROUSERS, SHIRTS, COATS, VESTS, AND WOMEN'S APRONS, in Class 39, Clothing, and has heretofore presented five specimens showing the trademark as actually used in connection with the goods, the trade-mark being applied to the goods by being shown in a printed label which is affixed to the goods or the containers of the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on January 1, 1886, and first used in commerce among the several States and in commerce between foreign nations and the United States which may lawfully be regulated by Congress on January 1, 1886. Applicant owns Registration No. 50,746, dated March 27, 1906.

Applicant hereby disclaims the pictorial representation of the overalls appearing on the drawing.

(Declaration)

D. A. Beronio, being duly sworn, deposes and says that he is the secretary of the corporation, the applicant named in the foregoing statement; that he believes that said corporation, Levi Strauss and Company, is the owner of the trademark which is in use in commerce among the several States and between foreign nations and the United States, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trademark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

LEVI STRAUSS AND COMPANY,
By D. A. BERONIO,
Secretary.



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 0523665        SERIAL NO: 71517252        MAILING DATE: 09/27/2000
REGISTRATION DATE: 04/11/1950
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

KAREN S. FRANK
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVE
EMERYVILLE CA   94608

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
039.

MAKEL, RODNEY W
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

December 20, 1995

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,140,853* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *October 28, 1980*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *a DELAWARE corporation*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

MARGARET BASSFORD
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,140,853

## United States Patent and Trademark Office

Registered Oct. 28, 1980

### TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: GARMENTS—NAMELY, PANTS, JACK-ETS, OVERALLS AND SHOES, in CLASS 25 (U.S. Cl. 39).

First use Jan. 1, 1886; in commerce Jan. 1, 1886.

Owner of U.S. Reg. Nos. 119,816, 1,044,246 and others.

The words "San Francisco"; Original Riveted"; "Quality Clothing XX"; "Trade Mark"; and "Patented May 20, 1973" and the representation of the pants are disclaimed apart from the mark as shown.

Ser. No. 176,884, filed Jul. 3, 1978.

JEFFERY H. KAUFMAN, Primary Examiner

Exhibit K



Exhibit K







Exhibit K





Exhibit K

Exhibit L





Exhibit L





Exhibit L

Exhibit M





Exhibit M





Exhibit M

Exhibit N





Exhibit N







Exhibit N

Exhibit O







Exhibit O

Exhibit P






Exhibit P



Exhibit P