```
1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   TIMOTHY R. CAHN (State Bar No. 162136)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>              Plaintiff,<br><br>       v.<br><br>SELF EDGE, *et al.*,<br><br>              Defendants. | Case No.   C 07-0245 PJH<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>CMC Date:   April 19, 2007<br>CMC Time:   2:30 p.m. |

   Plaintiff Levi Strauss & Co. hereby requests that the Initial Case Management Conference which is currently scheduled for April 19, 2007, be continued for approximately 90 days until August 2, 2007.

   This case includes three United States and five foreign defendants.  LS&CO. has been engaged in active settlement discussions with the United States defendants and some of the foreign defendants since the complaint was filed, and hopes to resolve its claims against at least some of the defendants shortly.  LS&CO. also intends to file an amended complaint naming additional foreign defendants, and will proceed to serve all foreign defendants with whom it has not reached a settlement pursuant to the Hague Convention.

   In light of the circumstances, LS&CO. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to

1  proceed and to permit filing and service of the amended complaint.  Accordingly, LS&CO.

2  respectfully requests that the Initial Case Management Conference currently set for April 19, 2007, be

3  continued approximately 90 days to August 2, 2007.

4

5                                                              Respectfully submitted,

6  Date:  April 13, 2007                          TOWNSEND AND TOWNSEND AND CREW LLP

7
                                                              By:  /s/ Gia L. Cincone
8                                                                   GIA L. CINCONE

9                                                              Attorneys for Plaintiff
                                                              LEVI STRAUSS & CO.
10

11

12

13                                        **[PROPOSED] ORDER**

14          GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &

15  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case

16  Management Conference is hereby scheduled for August 2, 2007, at 2:30 p.m.

17

18
    DATED:  4/16/07                           _____
19                                                              Hon. Phyllis J. Hamilton
                                                              United States District Judge
20

21                                                              IT IS SO ORDERED
                                                              Judge Phyllis J. Hamilton
22

23  61029832 v1

- 2 -

PLAINTIFF LS&CO.'S REQUEST TO CONTINUE INITIAL          *Levi Strauss & Co. v. Self Edge, et al.*
CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER           Case No. C 07-0245 PJH