1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   TIMOTHY R. CAHN (State Bar No. 162136)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                     UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  LEVI STRAUSS & CO.,                Case No.   C 07-0245 PJH

12              Plaintiff,
                                       **STIPULATION TO FINAL**
13        v.                           **JUDGMENT AND PERMANENT**
                                       **INJUNCTION**
14  SELF EDGE, et al.,

15              Defendants.

16

17         Plaintiff Levi Strauss & Co. and Defendant Blue In Green hereby stipulate to the facts and

18  conclusions contained in the attached Final Judgment and Permanent Injunction and consent to its

19  entry by the court.

20
    IT IS SO STIPULATED AND CONSENTED.
21
    Dated: **7/18**, 2007
22
                                       Gia L. Cincone
23                                     Townsend and Townsend and Crew LLP

24                                     ATTORNEYS FOR PLAINTIFF
                                       LEVI STRAUSS & CO.
25  Dated: **May 15**, 2007
                                       Mark S. Kaufman
26                                     Kaufman & Kahn, LLP

27                                     ATTORNEYS FOR DEFENDANT
                                       DEFENDANT BLUE IN GREEN
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> SELF EDGE, *et al.,* <br><br> Defendants. | Case No.   C 07-0245 PJH <br><br> **[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT BLUE IN GREEN** |

Plaintiff Levi Strauss & Co. ("LS&CO.") has filed a Complaint alleging trademark infringement, dilution, and unfair competition under federal and California law against defendant Blue In Green, among others, including Self Edge, History Preservation Associates, Toyo Enterprise Co., Ltd., Samurai Co., Ltd., Studio d'Artisan International Co., Ltd., BS United, and Works Inc. (collectively "Defendants"). LS&CO. alleges that Blue In Green has distributed, promoted, and sold clothing, including denim jeans and jackets manufactured by other Defendants, that violates LS&CO.'s rights in a number of its federally registered trademarks.

The Court now enters final judgment based upon the following undisputed facts. Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

**I.     FACTS AND CONCLUSIONS**

    A.     This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Blue In Green.  Venue is proper in this Court.

    B.     LS&CO. owns the following trademarks, which are registered as indicated below. These trademarks are referred to collectively as the "LS&CO. Trademarks."

        1.     The Arcuate Stitching Design Trademark.  LS&CO. owns, among others, the

1  following United States and California registrations for its Arcuate trademark as used on a variety of

2  casual apparel:

3                        a.        U.S. Registration No. 1,139,254 (first used as early as 1873; registered

4  September 2, 1980);

5                        b.        U.S. Registration No. 404,248 (first used as early as 1873; registered

6  November 16, 1943);

7                        c.        U.S. Registration No. 2,791,156 (first used as early as September 1,

8  1936; registered December 9, 2003);

9                        d.        U.S. Registration No. 2,794,649 (first used as early as 1873; registered

10  December 16, 2003);

11                        e.        California Registration No. 088399 (first used as early as 1873;

12  registered August 24, 1988).

13                2.        The Tab Device Trademark.  LS&CO. owns, among others, the following

14  United States registrations for its Tab trademark as used on a variety of casual apparel:

15                        a.        Registration No. 356,701 (first used as early as September 1, 1936;

16  registered May 10, 1938);

17                        b.        Registration No. 516,561 (first used as early as September 1, 1936;

18  registered October 18, 1949);

19                        c.        Registration No. 577,490 (first used as early as September 1, 1936;

20  registered July 21, 1953);

21                        d.        Registration No. 774,625 (first used as early as May 22, 1963; registered

22  August 4, 1964);

23                        e.        Registration No. 775,412 (first used as early as October 9, 1957;

24  registered August 18, 1964);

25                        f.        Registration No. 1,157,769 (first used as early as September 1, 1936;

26  registered June 16, 1961);

27                        g.        Registration No. 2,791,156 (first used as early as September 1, 1936;

28  registered December 9, 2003).

1         3.     The Shirt Tab Trademark.  LS&CO. owns, among others, the following United

2 States and California registrations for its Shirt Tab trademark as used on shirts and jackets:

3         a.     U.S. Registration No. 2,726,253 (first used as early as March 7, 1969;

4 registered June 17, 2003);

5         b.     California Registration No. 052312 (first used as early as March 7,

6 1969; registered June 12, 1974).

7         4.     The Housemark Design Trademark.  LS&CO. owns, among others, the

8 following United States registrations for its Housemark trademark used in connection with a variety of

9 casual apparel:

10         a.     Registration No. 849,437 (first used as early as October 10, 1966;

11 registered May 21, 1968);

12         b.     Registration No. 1,135,196 (first used as early as April 15, 1975;

13 registered May 13, 1980);

14         c.     Registration No. 1,041,846 (first used as early as April 15, 1975;

15 registered June 22, 1976);

16         d.     Registration No. 1,122,468 (first used as early as October 22, 1977;

17 registered July 17, 1979);

18         e.     Registration No. 1,155,926 (first used as early as December 1970;

19 registered May 26, 1981).

20         5.     The Two Horse Design Trademark.  LS&CO. owns, among others, the

21 following United States registrations for its Two Horse trademark as used on pants, jeans, shorts,

22 skirts and other bottoms:

23         a.     Registration No. 523,665 (first used as early as January 1, 1886;

24 registered April 1, 1950);

25         b.     Registration No. 1,140,853 (first used as early as January 1, 1886;

26 registered October 28, 1980).

27         6.     The 500 Trademarks.  LS&CO. owns, among others, the following United

28 States registrations for its 500 family of trademarks as used on a variety of casual apparel:

1        a.      Registration No. 1,552,985 (first used as early as December 31, 1969;

2    registered August 22, 1989) (501®);

3        b.      Registration No. 1,313,554 (first used as early as June 27, 1983;

4    registered January 8, 1985) (505®);

5        c.      Registration No. 1,319,462 (first used as early as June 27, 1983;

6    registered February 12, 1985) (517®);

7        d.      Registration No. 2,503,976 (first used as early as May 1, 1998;

8    registered November 6, 2001) (569®).

9    C.      LS&CO. alleges that the LS&CO. Trademarks are valid and famous trademarks of

10   LS&CO., and LS&CO. has the exclusive right to use those trademarks throughout the world.

11   D.      LS&CO. alleges that Blue In Green has distributed, promoted, and sold jeans under a

12   number of brand names, including SUGAR CANE, SAMURAI JEANS, STUDIO D'ARTISAN, ONI

13   DENIM, FULL COUNT, JOHN BULL, and WAREHOUSE.   These jeans have allegedly displayed

14   some of the following designs:

15       a.      The pocket stitching designs illustrated in Exhibit A;

16       b.      The tabs illustrated in Exhibit B;

17       c.      The shirt tabs illustrated in Exhibit C;

18       d.      The labels and pocket flashers illustrated in Exhibit D;

19       e.      The patches illustrated in Exhibit E; and/or

20       f.      The numerical designations illustrated in Exhibit F.

21   LS&CO. alleges that the designs shown in Exhibits A-F (collectively referred to as the "Restricted

22   Designs") are confusingly similar to the LS&CO. Trademarks and have been used on directly

23   competing products.

24   **II.      PERMANENT INJUNCTION.**

25       It is hereby ordered and adjudged as follows:

26   A.      Commencing as of the "So Ordered" date of this Final Judgment and Permanent

27   Injunction, Blue In Green, its principals, agents, affiliates, employees, officers, directors, servants,

28   privies, successors, and assigns, and all persons acting in concert or participating with it or under its

1   control who receive actual notice of this Order, are hereby permanently enjoined and restrained,

2   directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

3         1.    Manufacturing, licensing, selling, offering for sale, distributing, importing,

4   exporting, advertising, promoting, or displaying any garments that display the Restricted Designs or

5   any other design that is substantially similar to any of the LS&CO. Trademarks or the Restricted

6   Designs;

7         2.    Manufacturing, licensing, selling, offering for sale, distributing, importing,

8   exporting, advertising, promoting, or displaying any garments that display any pocket design, tab,

9   label, hangtag, patch, numerical designation, or any other label, design, or device that may reasonably

10  be believed to be as similar or more similar to any of the LS&CO. Trademarks than the Restricted

11  Designs;

12        3.    Violating the rights of LS&CO. in and to any of the LS&CO. Trademarks;

13        4.    Assisting, aiding or abetting any person or entity engaging in or performing any

14  act prohibited by this paragraph.

15      C.    This Injunction shall apply throughout the world to the fullest extent of this Court's

16  jurisdiction.

17      D.    This is a final judgment as to all claims asserted against Blue and Green in the

18  Complaint and both parties shall bear their own costs.

19      E.    This Court shall retain jurisdiction for the purpose of making any further orders

20  necessary or proper for the construction or modification of this Judgment, the enforcement thereof,

21  and/or the punishment for any violations thereof.  In the event of any violation of this Permanent

22  Injunction, subject to five (5) business days' notice of any such violation and Blue in Green's failure to

23  cure such default within such 5-day period, Blue in Green shall be responsible to pay LS&CO. for

24  LS&CO.'s reasonable attorneys' fees and costs of this action solely to the extent such fees and costs

25  relate to claims made against Blue in Green, as well as any enforcement or contempt proceedings

26  ///

27  ///

28  ///

[PROPOSED] FINAL JUDGMENT
CASE NO. C-07-0245 PJH

- 5 -

1    against Blue in Green.  For the purpose of any future proceeding to enforce the terms of this

2    Judgment, service by mail upon a party or their counsel of record at their last known address shall be

3    deemed adequate notice for each party.

4

5

6    DATED: ___7/25/07_____

7    60993137 v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT
CASE NO. C-07-0245 PJH

- 6 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Exhibit A






Exhibit A-1






Exhibit A-2






Exhibit A-3





Exhibit A-4

Exhibit B






Exhibit B-1







Exhibit B-2






Exhibit B-3






Exhibit B-4

Exhibit C





Exhibit C-1





Exhibit C-2

Exhibit D






Exhibit D

Exhibit E







Exhibit E

Exhibit F





Exhibit F-1





Exhibit F-2





Exhibit F-3



Exhibit F-4

# JOHN BULL John bull
# SEWING CHOP
# #508BD

 

**JOHNBULL
SEWING CHOP
508BD**

The model which from the sixties latter half is made on the basis of the XX of Levi's of seventies first half.

Exhibit F-5

# JOHN BULL John bull
## SEWING CHOP
## #513BD



Exhibit F-6