1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   TIMOTHY R. CAHN (State Bar No. 162136)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email: gsgilchrist@townsend.com,
          glcincone@townsend.com,
6         trcahn@townsend.com

7  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
8

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                 | Case No.  C-07-0245 PJH
13 |         Plaintiff,                  |
                                         | **NOTICE OF VOLUNTARY
14 |     v.                              | DISMISSAL OF DEFENDANT
                                         | WAREHOUSE CO.**
15 | TOYO ENTERPRISE CO., LTD., et al.,  |
16 |         Defendants.                 |

17

18     Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily

19 dismisses this action without prejudice against defendant Warehouse Co., with all parties to bear their

20 own costs and fees.  As of this date, defendant Warehouse Co. has not filed an answer or otherwise

21 responded to the complaint.

22

23 DATED:  May 1, 2008              Respectfully submitted,

24
                                    By:   /s/ Gia L. Cincone
25                                        Gia L. Cincone
                                          TOWNSEND AND TOWNSEND AND CREW LLP
26
   [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]
                                          Attorneys for Plaintiff
27                                        LEVI STRAUSS & CO.
                        5/2/08
28