United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C 07-0245 PJH (MEJ) |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERENCE & REQUEST FOR STATUS REPORT** |
| TOYO ENTERPRISE CO., LTD., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Default Judgment. (Dkt. #47.) However, based on Judge Hamilton's February 23, 2009 Order, (Dkt. #51), it appears that certain defendants are not included in the motion, but Plaintiff Levi Strauss & Co. might move for default against them. To conserve judicial resources, the undersigned magistrate judge requests that Plaintiff file a status report indicating whether it intends to proceed with the motion as filed, or if it will be amending the motion to include other defendants. Plaintiff shall file its status report by March 10, 2009.

**IT IS SO ORDERED.**

Dated: March 2, 2009

MARIA-ELENA JAMES
United States Magistrate Judge