TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
TIMOTHY R. CAHN (State Bar No. 162136)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: gsgilchrist@townsend.com,
       glcincone@townsend.com,
       trcahn@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYO ENTERPRISE CO., LTD., et al.,<br><br>    Defendants. | Case No.  C-07-0245 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WORKS INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice against defendant Works Inc., with all parties to bear their own costs and fees.

DATED:  February 27, 2009        Respectfully submitted,

                                 By:  /s/ Gia L. Cincone
                                      Gia L. Cincone
                                      TOWNSEND AND TOWNSEND AND CREW LLP

                                      Attorneys for Plaintiff
                                      LEVI STRAUSS & CO.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3/3/09

DISMISSAL OF DEF. WORKS INC.        - 1 -        <u>Levi Strauss & Co. v. Toyo Enterprise Co., Ltd., et al.</u>
                                                 Case No. C-07-0245 PJH