TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
TIMOTHY R. CAHN (State Bar No. 162136)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: gsgilchrist@townsend.com,
       glcincone@townsend.com,
       trcahn@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>TOYO ENTERPRISE CO., LTD., et al.,<br><br>Defendants. | Case No.  C-07-0245 PJH<br><br>ORDER<br><s>NOTIC</s>E OF VOLUNTARY DISMISSAL OF DEFENDANT FLAT HEAD CO., LTD. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice against defendant Flat Head Co., Ltd., with all parties to bear their own costs and fees.

DATED:  March 10, 2009                Respectfully submitted,

Dated: 3/12/09

By:  /s/ Gia L. Cincone
     Gia L. Cincone
     TOWNSEND AND TOWNSEND AND CREW LLP

     Attorneys for Plaintiff
     LEVI STRAUSS & CO.

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

- 1 -                Levi Strauss & Co. v. Toyo Enterprise Co., Ltd., et al.
                     Case No. C-07-0245 PJH