UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.,

    Plaintiff,

No. C 07-0245 PJH

    v.

**ORDER DISMISSING DEFENDANT YUGEN KAISHA SEIAIYA**

TOYO ENTERPRISE CO., LTD., et al.,

    Defendants.

_____/

    In accordance with the order filed February 23, 2009, defendant Yugen Kaisha Seiaiya is hereby DISMISSED from the above-entitled action because of plaintiff's failure to file proof of receipt or delivery of the summons and complaint.

**IT IS SO ORDERED.**

Dated: March 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge