**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C 07-0245 PJH (MEJ) |
| Plaintiff(s), | **ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| TOYO ENTERPRISE CO., LTD., et al., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing on May 21, 2009 regarding Plaintiff's pending Motion for Default Judgment. The Court hereby CONTINUES the hearing to June 11, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The original briefing schedule shall not be adjusted.

Plaintiff shall serve this order upon all other parties in this action.

**IT IS SO ORDERED.**

Dated: May 4, 2009

MARIA-ELENA JAMES
United States Magistrate Judge