IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> TOYO ENTERPRISE CO., LTD., et al, <br><br> Defendants. | Case No. C-07-0245 PJH (MEJ) <br><br> **ORDER FOR SUPPLEMENTAL BRIEFING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

In preparation for the Report and Recommendation in this matter, and in reviewing Plaintiff's Motion and Proposed Findings of Fact, the Court **ORDERS** Plaintiff to submit supplemental briefing on the following issues:

1. The legal and factual basis for this Court's personal jurisdiction over Defendants Samurai, Co., Ltd.; Studio D'Artisan International Co.; Full Count Co.; and John Bull Co., Ltd.

2. The effect of the repeal of California Business and Professions Codes §§ 14320, 14330, 14335, and 14340 on Plaintiff's California Dilution and Trademark Infringement claim.

Plaintiff should file its brief by **9:00am Monday, July 13, 2009**.

**IT IS SO ORDERED.**

Dated: July 2, 2009

MARIA-ELENA JAMES
Chief United States Magistrate Judge