1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8

9

LEVI STRAUSS & CO.,

10

            Plaintiff,                          No. C 07-0245 PJH

11

      v.                                  **ORDER ADOPTING REPORT AND**
12                                        **RECOMMENDATION, AND GRANTING**
   TOYO ENTERPRISE CO., LTD., et al.,     **MOTION FOR DEFAULT JUDGMENT**
13

            Defendants.
14  _____/

15         The court has reviewed Magistrate Judge Maria Elena James' report and

16  recommendation re plaintiff Levi Strauss & Co.'s request for entry of default judgment.

17  Defendants filed no objections to the report.  The court finds the report correct, well-

18  reasoned and thorough, and adopts it in every respect.  Accordingly, the motion for default

19  judgment is GRANTED on each of plaintiff's claims against defendants.

20         Defendants Samurai Co., Ltd.; Studio D'Artisan International Co., Ltd.; Full Count

21  Co.; and John Bull Co., Ltd., their agents, employees, attorneys, successors, assigns,

22  affiliates, and joint venturers and any person or persons in active concert or participation

23  with any of them, and/or any person or persons acting for, with, by, through or under any of

24  them are permanently enjoined from:

25              (a) manufacturing, producing, sourcing, importing, selling, offering for

26        sale, distributing, advertising, or promoting any goods that display any words

27        or symbols that so resemble Plaintiff's trademarks as to be likely to cause

28        confusion, mistake or deception, on or in connection with any product that is

1     not authorized by or for Plaintiff, including without limitation any product that

2     bears Defendants' designs or any other similar approximation of Plaintiff's

3     trademarks;

4         (b) using any, word, term, name, symbol, device or combination

5     thereof that causes or is likely to cause confusion, mistake or deception as to

6     the affiliation or association of the Defendants' or their goods with Plaintiff or

7     as to the origin of the Defendants' goods, or any false designation of origin,

8     false or misleading description or representation of fact;

9         (c) further infringing the rights of Plaintiff in and to any of its trademarks

10    in its LEVI'S® brand products or otherwise damaging Plaintiff's goodwill or

11    business reputation;

12         (d) otherwise competing unfairly with Plaintiff in any manner; or

13         (e) continuing to perform in any manner whatsoever any of the other

14    acts complained of in plaintiff's first amended complaint.

15

16  **IT IS SO ORDERED.**

17  Dated:  October 19, 2009

18

19                             PHYLLIS J. HAMILTON
                            United States District Judge

20

21

22

23

24

25

26

27  cc: Wings, Assigned M/J,
      counsel of record

28